**Gary K. GRANDBERRY, Appellant,**

v.

**STATE of Missouri, Respondent.**

**WD 79356**

Missouri Court of Appeals,
Western District.

ORDER FILED: January 31, 2017

Laura G. Martin, District Defender, Kansas City, MO, Attorney for Appellant,

Joshua D. Hawley, Attorney General, Daniel N. McPherson, Assistant Attorney General, Jefferson City, MO, Attorneys for Respondent.

Before Division IV: Mark D. Pfeiffer, Chief Judge, and Thomas H. Newton and James Edward Welsh, Judges

### Order

Per Curiam:

Mr. Gary Grandberry appeals the Circuit Court of Jackson County's judgment denying his Rule 24.035 motion, which was based on claims that his plea counsel provided ineffective legal assistance and coerced him into accepting a plea offer from the State. There being no precedential value in our ruling, we have instead provided the parties a legal memorandum explaining our ruling. The judgment is affirmed. Rule 84.16(b).